

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RWN
F. #2025R00090

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 21, 2025

By ECF

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:    United States v. Antonio Jones
                Criminal Docket No. 07-866 (DLI)

Dear Judge Irizarry:

       The government respectfully submits this status report regarding the defendant's local cases (docket numbers CR-002126-25KN and CR-002091-25KN), pursuant to the Court's order dated April 21, 2025. The government has conferred with the assigned prosecutor in the Brooklyn District Attorney's Office, who has advised that docket number CR-002126-25KN has been dismissed. Docket number CR-002091-25KN is currently adjourned to July 25, 2025. The case has not yet been indicted, and if it is not indicted by July 25, 2025, it will be dismissed.

                Respectfully submitted,

                JOSEPH NOCELLA, JR.
                United States Attorney

       By:   /s/ Russell Noble
                Russell Noble
                Assistant U.S. Attorney
                (718) 254-6178

cc:    Clerk of Court (DLI) (by ECF)
       Gina Parlovecchio, Esq. (by ECF)