


**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

RWN
F. #2025R00090

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 29, 2025

By ECF

The Honorable Dora L. Irizarry
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Antonio Jones
Criminal Docket No. 07-866 (DLI)

Dear Judge Irizarry:

Pursuant to the Court's order dated September 4, 2025, the parties in the above-captioned matter hereby submit a joint status report to advise the Court of a proposed disposition. The parties have agreed upon a disposition whereby the defendant will enter a plea of guilty to Charge Nine, which charges him with committing the state crime of Criminal Contempt in the First Degree in violation of New York Penal Law § 215.51(b) on January 11, 2025; and Charge Fourteen, which charges him with committing the state crime of Unlawful Fleeing a Police Officer in a Motor Vehicle in the Third Degree in violation of New York Penal Law § 270.25 on July 8, 2025. The defendant's guilty plea to Charges Nine and Fourteen would be in satisfaction of all pending charges.

The parties respectfully request that the Court receive the defendant's guilty plea at the status conference scheduled for tomorrow, September 30, 2025, and then adjourn this matter for sentencing so that the parties may set forth their respective positions on the appropriate sentence.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Russell Noble
Russell Noble
Assistant U.S. Attorney
(718) 254-6178

cc: Clerk of Court (DLI) (by E-mail and ECF)
Defense Counsel (by E-mail and ECF)
Senior Probation Officer Michael Imrek (by E-mail)